IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FULTON BANK, N.A., successor to FULTON FINANCIAL ADVISORS, N.A., | : : : : | CIVIL ACTION |
| Plaintiff | : : | |
| v. | : : | NO. 10-1093 |
| UBS SECURITIES, LLC, et al., Defendants | : : | |

ORDER

**AND NOW**, this 7th day of November, 2011, upon consideration of the Defendant's Motion to Dismiss (Doc. #17) and all responses and replies thereto, it is hereby **ORDERED** that the Defendant's motion is **GRANTED.**

BY THE COURT:

/s/ LAWRENCE F. STENGEL
LAWRENCE F. STENGEL, J.